# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>        Plaintiff,<br><br>  vs.<br><br>LEONOR HERNANDEZ, individually and dba LEONOR'S BARBER SHOP,<br><br>        Defendant. | No.  1:15-cv-00213-SKO<br><br>**ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT** |

On July 2, 2015, the parties filed a stipulation that Plaintiff be permitted to file a First Amended Complaint.  (Doc. 15.)  Pursuant to the parties' stipulation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff shall file his First Amended Complaint, a copy of which was filed with the Parties' stipulation, within five (5) calendar days of the date this Order is

filed; and

2. Defendant's response thereto shall be filed within fourteen (14) days after the First Amended Complaint is filed.

IT IS SO ORDERED.

Dated: **July 13, 2015**                        **/s/ Sheila K. Oberto**
                                                                UNITED STATES MAGISTRATE JUDGE