# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | ) No. 1:15-cv-00213-SKO |
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF** |
| vs. | ) **ACTION; ORDER TO CLOSE THE CASE** |
| LEONOR HERNANDEZ, individually and dba LEONOR'S BARBER SHOP, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff Ronald Moore, by and through his attorney, and Defendant Leonor Hernandez, individually and dba Leonor's Barber Shop, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: September 2, 2015            MOORE LAW FIRM, P.C.

                                    */s/ Tanya E. Moore*
                                    Tanya E. Moore
                                    Attorney for Plaintiff,
                                    Ronald Moore

Dated: September 2, 2015            */s/ Leonor Hernandez*
                                    Defendant in Pro Per,
                                    Leonor Hernandez, individually and dba
                                    Leonor's Barber Shop

1  I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that his or her concurrence in the filing of this document and attribution of his or her signature was obtained.

                                                    */s/ Tanya E. Moore*
                                                    Tanya E. Moore
                                                    Attorney for Plaintiff,
                                                    Ronald Moore

## **ORDER**

As the parties have stipulated to dismissal of the case, this action has been terminated. Fed. R. Civ. Proc. 41(a).  Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **September 7, 2015**                          **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE